**DISMISS; Opinion Filed April 18, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00411-CV**

**IN RE TRIANGLE SQUARE, LTD., Relator**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04063-2012**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Relator filed this original proceeding complaining of the trial court's order transferring the case to another court. Real party in interest then filed a motion to dismiss the petition as moot. The facts and issues are well known to the parties, so we need not recite them herein. Because the trial court has vacated the transfer order, we **GRANT** the motion to dismiss and **DISMISS** this petition for writ of mandamus as moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding).

/David W. Evans/

DAVID W. EVANS

130411F.P05                                                    JUSTICE